

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-25-00330-CV

DESMONA A. BARNES, APPELLANT

V.

2604 HUB APARTMENTS LLC, APPELLEE

On Appeal from the County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2025-005811-1, Honorable Don Pierson, Presiding

February 10, 2026

## MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Desmona A. Barnes, proceeding pro se, appeals from the trial court's judgment.[1]  Appellant's brief was due January 8, 2026, but was not filed.  By letter of January 16, 2026, we notified Appellant that her appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by January 26, 2026.  To date, Appellant has neither filed a brief nor had any further communication with this Court.

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE § 73.001.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P.
38.8(a)(1), 42.3(b).

Per Curiam